# United States Court of Appeals
### For The District Of Columbia Circuit

_____

No. 15-1072                            September Term, 2014

EPA-01/27/2015 Letters

**Filed On:** August 12, 2015

National Biodiesel Board,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

_____

No. 15-1073

National Biodiesel Board,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

## O R D E R

Upon consideration of the "unopposed supplemental motion to joint motion [sic] for coordination of cases and briefing," it is

**ORDERED** that the unopposed supplemental motion be dismissed as moot in light of the per curiam order issued this day.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                       **By:**    /s/
                             Robert J. Cavello
                             Deputy Clerk